UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00113-SEB-MJD |
| | ) | |
| RAAHMIAH I. LIPSCOMB, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that

Raahmiah I. Lipscomb's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i)

and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court

now approves and adopts the Report and Recommendation as the entry of the Court, and orders

a sentence imposed of imprisonment of ninety (90) days in the custody of the Attorney General

or his designee, with 12 months of supervised release to follow. In addition to the mandatory

conditions of supervision, the conditions of supervised release outlined in the Report and

Recommendation will be imposed.

**SO ORDERED.**

Date: _____10/29/2019_____          _____
                                        SARAH EVANS BARKER, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service